**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

SHAWN SAMSON; JACK KASHANI,
          *Plaintiffs-Appellants,*

v.

NAMA HOLDINGS, LLC,
          *Defendant-Appellee.*

No. 09-55835

D.C. No.
2:09-cv-01433-
MMM-PJW

SHAWN SAMSON; JACK KASHANI,
          *Plaintiffs-Appellants,*

v.

NAMA HOLDINGS, LLC,
          *Defendant-Appellee.*

No. 09-56394

D.C. No.
2:09-cv-01433-
MMM-PJW

ORDER

Appeal from the United States District Court
for the Central District of California
Margaret M. Morrow, District Judge, Presiding

Submitted December 6, 2010*
Pasadena, California

Filed December 15, 2010

Before: Stephen S. Trott and Kim McLane Wardlaw,
Circuit Judges, and Rudi M. Brewster,
Senior District Judge.**

*The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

**The Honorable Rudi M. Brewster, Senior United States District Judge for the Southern District of California, sitting by designation.

20091

## COUNSEL

Roger J. Magnuson, Kent J. Schmidt, Dorsey & Whitney LLP, Irvine, CA; Kathleen M. Sullivan, Quinn Emanuel Urquhart Oliver & Hedges LLP, New York, NY; Richard A. Schirtzer, Susan R. Estrich, Quinn Emanuel Urquhart Oliver & Hedges LLP, Los Angeles, California, for Shawn Samson and Jack Kashani.

Howard J. Rubinroit, Ronald C. Cohen, James M. Harris, Sidley Austin LLP, Los Angeles, California, for NAMA Holdings, LLC.

## ORDER

As to Appeal No. 09-55835, we affirm for the reasons stated by the district court in its May 20, 2009 Order Denying Plaintiffs' Motion to Compel Arbitration. Appeal No. 09-56394, challenging the district court's award of prevailing party attorneys' fees to Defendant, is therefore moot.

**APPEAL NO. 09-55835: AFFIRMED.**

**APPEAL NO. 09-56394: MOOT.**

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON REUTERS/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2010 Thomson Reuters/West.